FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINDY G.,<br><br>                Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | NO: 4:17-CV-5141-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on October 4, 2018, ECF No. 16, recommending Plaintiff's Motion for Summary Judgment, ECF No. 12, be denied and Defendant's Motion for Summary Judgment, ECF No. 13, be granted. No objection was filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

/ / /

/ / /

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 16**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 12,** is **DENIED**.

3. Defendant's Motion for Summary Judgment, **ECF No. 13,** is **GRANTED.**

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel. Judgment shall be entered for Defendant and the file shall be **CLOSED**.

**DATED** October 22, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge